## Commonwealth v. Hughes, Appellant (No. 2).

Argued Dec. 10, 1906. Appeal, No. 17, Jan. T., 1907, by defendant, from order of Q. S. Luzerne Co., Jan. T., 1906, No. 151, refusing to quash the array of grand jurors in case of Commonwealth v. H. H. Hughes. Before RICE, P. J., PORTER, HENDERSON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY HENDERSON, J., February 25, 1907:

This appeal brings up the same questions which were considered in the case of the Commonwealth v. the same defend-

ant, post, p. 90, in which case an opinion has been this day filed. For the reasons therein given this judgment is affirmed and the record remitted to the court below that the sentence may be executed according to law.